UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                Plaintiff,        **NOTICE OF APPEARANCE**

      -against-

GERALD MONFORT,

                              Defendant.
-----------------------------------------------------------X

SIR:

        PLEASE TAKE NOTICE that BRUCE A. BARKET, hereby appear in the above entitled action and that the firm is retained as attorney for Gerald Monfort, the Defendant herein, in this proceeding and demand that a copy of all notices and other papers in this proceeding be served upon me at the office and post office address stated below.

DATED: November 30, 2011
          Garden City, New York



By: _____
Bruce A. Barket
666 Old Country Road, Ninth Floor
Garden City, NY  11530
(516) 745-0101

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 30 2011