UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,         **NOTICE OF**
-against-                               **APPEARANCE**

GERALD MONFORT, et al.,         Docket No.: 11-cr-00614-VM-10

                        Defendant.
-----------------------------------------------------------X
S I R:

       **PLEASE TAKE NOTICE** that the defendant, GERALD MONFORT, hereby appears in the above-captioned action, and that the undersigned has been retained as Attorney for said defendant. All papers in this action shall be served upon the undersigned at the post office address stated below.

Dated: Mineola, New York
         December 6, 2011

                                                       Yours, etc.

                                                       Lawrence V. Carra', Esq..
                                                     114 Old Country Road, Suite 212
                                                     Mineola, NY 11501
                                                     516-742-1135