**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501


RECEIVED
1/4/12
CHAMBERS OF
JUDGE MARRERO

TELEPHONE
516-742-1135

FAX
516-742-0299

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/12

January 4, 2012

<u>Via fax to 212-805-6382</u>

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10003

Re: United States v. Trucchio, et al.
Docket No.: 11-CR-00614-VM-10
Defendant: Gerald Monfort

Dear Hon. Marrero:

Request GRANTED. The bail conditions of defendant _Gerald Monfort_ herein are modified to permit travel to _Pennsylvania and Florida on Pretrial Services approval_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

1-5-12
DATE            VICTOR MARRERO, U.S.D.J.

The purpose of this correspondence is to request a modification of the terms and conditions of the release of the above-captioned defendant, Gerald Monfort, executed on November 30, 2011, in the United States District Court for the Southern District of New York.

It is respectfully requested that the conditions be modified to allow Mr. Monfort permission to travel to the States of Pennsylvania and Florida for the purpose of visiting his children. Prior to departure, Mr. Monfort must secure the approval of his Pre-Trial Supervised Release Officer, Ms. Marnie Gerardino, and provide her with the dates and specific location of travel within the aforementioned States.

Both the Assistant United States Attorney Michael Ferrara and Pre-Trial Services Officer Marnie Gerardino have consented to the above request.

Respectfully Submitted,

Lawrence V. Carra

SO ORDERED

_____
Hon. Victor Marrero

LVC:ag