**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501



TELEPHONE
516-742-1135

516-742-0299

April 4, 2012

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10003

Re: United States v. Trucchio, et al.
    Docket No.: 11-CR-00614-VM-10
    Defendant: Gerald Monfort

Dear Judge Marrero:

Please be advised that I represent Gerald Monfort in regard to the above-captioned matter. Kindly consider this correspondence as an application to modify Mr. Monfort's reporting requirement with Pre-Trial Services.

Currently, Mr. Monfort is required to report in person bi-weekly to Pre-Trial Services. I have spoken with Mr. Monfort's Pre-Trial Officer, Marnie Gerardino, as well as AUSA Daniel Chung and make this application on consent to modify his current bi-weekly reporting status to instead be "As directed by Pre-Trial Services".

Thanking the Court for its consideration, I remain;

Very truly yours,

Lawrence V. Carra'

LVC:ag

cc: Marnie Gerardino (via e-mail to: marnie_gerardino@nyept.uscourts.gov)
cc: AUSA Daniel Chung (via e-mail to: Daniel.P.Chung@usdoj.gov)

Request GRANTED. The bail conditions of defendant Gerald Monfort herein are modified to permit reporting as directed by Pre-Trial Services for the purposes and on the terms and conditions set forth above.

SO ORDERED:

4-10-12
DATE            VICTOR MARRERO, U.S.D.J.