# LAWRENCE V. CARRÀ
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

TELEPHONE
516-742-1135

FAX
516-742-0299

June 12, 2012

Via Fax to 212-805-6382

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/14/12

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10003

Attn: Robert Weinstock, Law Clerk

Re: United States v. Trucchio, et al.
    Docket No.: 11-CR-00614-VM-10
    Defendant: Gerald Monfort

Dear Mr. Weinstock:

Pursuant to conversation had with my office, it is respectfully requested that Mr. Monfort's appearance at the Pre-Trial Conference scheduled for Friday, June 15, 2012 be waived. The basis for this request is that Mr. Monfort's mother had a stroke while driving, a subsequent car accident, and is presently in the Intensive Care Unit of Mercy Medical Center in Rockville Centre, New York. I have spoken with AUSA Daniel Chung and he has consented to this request. Counsel for Mr. Monfort will appear at the conference.

Thank you for your consideration of this matter.

Very truly yours,

Lawrence V. Carra'

LVC:ag

> Request GRANTED. Defendant Gerald Monfort shall be excused from personal appearance at the pretrial conference of this action rescheduled for 6-15-12.
>
> SO ORDERED.
>
> 6-13-12
> DATE        VICTOR MARRERO, U.S.D.J.