

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/12

**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

TELEPHONE
516-742-1135

FAX
516-742-0299

July 24, 2012

<u>Via fax to 212-805-6382</u>

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10003

Re: United States v. Trucchio, et al.
    Docket No.: 11-CR-00614-VM-10
    Defendant: Gerald Monfort

Dear Hon. Marrero:

The purpose of this correspondence is to request a modification of the terms and conditions of the release of the above-captioned defendant, Gerald Monfort, executed on November 30, 2011, in the United States District Court for the Southern District of New York.

It is respectfully requested that the conditions be modified to allow Mr. Monfort permission to travel to Saratoga, New York for a family reunion from August 11, 2012 through August 13, 2012.

Both the Assistant United States Attorney Daniel Chung and Pre-Trial Services Officer Marnie Gerardino have consented to the above request.

Respectfully Submitted,                    SO ORDERED

Lawrence V. Carrà                          Hon. Victor Marrero
LVC:ag

Request GRANTED. The bail conditions of defendant _Gerald Monfort_ herein are modified to permit travel to _Saratoga, New York_ on _8-11-12_ thru _8-13-12_ for the purposes and on the terms and conditions set forth above.

SO ORDERED:

7-24-12
DATE                    VICTOR MARRERO, U.S.D.J.