**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

TELEPHONE
516-742-1135

FAX
516-742-0299

November 14, 2012

Via fax to 212-805-6382

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE 11/21/12

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10003

Re: United States v. Trucchio, et al.
    Docket No.: 11-CR-00614-VM-10
    Defendant: Gerald Monfort

Dear Hon. Marrero:

The purpose of this correspondence is to request an adjournment of Mr. Monfort's sentence which is presently scheduled for Friday, November 30, 2012 to Friday, February 15, 2013 at 4:30 p.m.

Both the Assistant United States Attorney Daniel Chung and Pre-Trial Services Officer Zondra Jackson have consented to the above request.

Respectfully Submitted,

Lawrence V. Carra'
LVC:ag

cc: AUSA Daniel Chung (via e-mail to Daniel.P.Chung@usdoj.gov)
cc: PO Zondra Jackson (via e-mail to zondra_jackson@nysp.uscourts.gov)

SO ORDERED

_____
Hon. Victor Marrero

Request GRANTED. The sentencing of defendant Gerald Monfort herein is rescheduled to 2-15-13 at 4:30 PM.

SO ORDERED.
11-21-12
DATE            VICTOR MARRERO, U.S.D.J.