

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2013

**BY FAX: 212-805-6382**

The Honorable Victor Marrero
United States District Judge
United States District Court for the
    Southern District of New York
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street, Chambers 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/13

Re:   United States v. Gerald Monfort
      S1 11 Cr. 614 (VM)

Dear Judge Marrero:

The Government writes, with defendant Gerald Monfort's consent, to respectfully request that the Court adjourn the sentencing currently scheduled for February 15, 2013, as both of the Assistant U.S. Attorneys handling this matter will be traveling that day. The parties are available for sentencing on the afternoons of March 5 or 11, 2013, or on the afternoon of March 6 before 3:30 p.m., at a time convenient for the Court.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Michael Ferrara
Assistant U.S. Attorney
212-637-2526

Cc: Lawrence V. Carra, Esq.

Request GRANTED. The sentencing of defendant Gerald Monfort herein is rescheduled to 3-8-13 at 1:30 p.m.

SO ORDERED.

2-13-13
DATE          VICTOR MARRERO, U.S.D.J.

TOTAL P.001