**LAWRENCE V. CARRÀ**
ATTORNEY AT LAW
114 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501

TELEPHONE
516-742-1135

FAX
516-742-0299

March 13, 2013

VIA ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 3
DATE FILED: 1/14/13

Hon. Victor Marrero
Senior U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Gerald Monfort
    Docket No.: S1-11-CR-614 (VM)

Dear Hon. Marrero:

Please accept this correspondence as a letter motion requesting that Mr. Gerald Monfort be permitted to obtain his United States Passport which was taken from him by Federal law enforcement at the time of his arrest. As you are aware, Mr. Monfort was recently sentenced to three years probation, six months home detention and a $15,000.00 fine.

P.O. Zondra Jackson and AUSA Michael Ferrara consent to the within application.

Respectfully Submitted,

Lawrence V. Carra'
LVC:ag
cc: PO Zondra Jackson (via e-mail to zondra_jackson@nysp.uscourts.gov)

SO ORDERED   14 March 2013

Hon. Victor Marrero